**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 13, 2014.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-14-00039-CV

---

## MARK S. WOLFE, IN HIS OFFICIAL CAPACITY AS TEXAS STATE HISTORIC PRESERVATION OFFICER, Appellant

### V.

## MAX BOWEN, MAX BOWEN ENTERPRISES AND JUAN HIJO INVESTMENTS, LTD, Appellees

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 11-CV-1464**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 7, 2014. On February 5, 2014, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.